**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Thomas Brant,

Petitioner,

v.

State of Nevada,

Respondent.

Case No. 2:25-cv-02308-JAD-DJA

**Order**
**and**
**Order to Show Cause**

On May 7, 2026, the undersigned magistrate judge granted Thomas Brant's application to proceed *in forma pauperis*. (ECF No. 12). In doing so, the undersigned informed Brant that he had not properly initiated this lawsuit with a complaint. (*Id.*). So, the undersigned ordered Brant to file a complaint as required by Federal Rule of Civil Procedure 3 on or before June 8, 2026. (*Id.*). The undersigned warned Brant that, "[f]ailure to comply with this order will result in the recommended dismissal of this case." (*Id.*).

Instead of filing a complaint, Brant has filed two motions. (ECF Nos. 13, 14). The first is a "motion for a F.R. 5.1(a)(1)(B) constitutional challenge of S.B. 2 (1957) in the affidavit." (ECF No. 13). This motion consists almost entirely of documents Brant has already filed and which the undersigned has already determined do not constitute a complaint. *Compare* (ECF No. 13) *with* (ECF Nos. 1-1, 1-2, 1-3, 1-4). The second is a "motion to declare S.B. 2 (1957) as unconstitutional final judgment." (ECF No. 14). However, the Court already denied a similar motion as premature given the fact that Brant had not yet filed a complaint. (ECF Nos. 8, 12).

Because the undersigned has already determined that Brant's substantially similar motions and documents are premature given the fact that Brant has not filed a complaint, the undersigned does so again and denies his instant motions as premature. (ECF Nos. 13, 14). Because Brant has not complied with the undersigned's order by filing a complaint, the undersigned will order

Brant to show cause why this case should not be dismissed without prejudice. *See* Fed. R. Civ. P. 41(b).

**IT IS THEREFORE ORDERED** that Brant shall have until **November 2, 2026**, to file a response to this order and show cause why this case should not be dismissed. **Failure to timely comply with this order may result in the recommended dismissal of this case.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Brant a copy of this order.

**IT IS FURTHER ORDERED** that Brant's motions (ECF Nos. 13, 14) are **denied without prejudice as premature.**

DATED: October 2, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE